UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:92-CR-00260-PMP |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| GILLIAN WILLIAMS, | ) | |
| Defendant. | ) | |

The Court having read and considered Defendant Williams' Motion to Seal Records (Doc. #19) filed October 4, 2011, and good cause appearing,

**IT IS ORDERED that** Defendant Williams' Motion to Seal Records (Doc. #19) is **DENIED**.

DATED: October 7, 2011.

_____
PHILIP M. PRO
United States District Judge